Honorable Leif B. Erickson
Federal Magistrate Judge
Missoula Division
Russell E. Smith Courthouse
201 East Broadway, Room 370
Missoula, MT  59802

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

_____

| | |
|---|---|
| DOUGLAS ALLARD, | |
| | CAUSE NO. CV 06-39-M-LBE |
| Plaintiff, | |
| vs. | |
| | FINDINGS & RECOMMENDATION |
| DEBRA JEAN WESTERMAN, | OF UNITED STATES |
| UNITED STATES DEPARTMENT | MAGISTRATE JUDGE |
| OF THE INTERIOR - BUREAU OF | |
| INDIAN AFFAIRS, and ALL OTHER | |
| INTERESTED PARTIES, KNOWN OR UNKNOWN, | |
| Defendants. | |

_____

On April 11, 2006, this Court ordered that Defendant Westerman's Motion to Dismiss be held in abeyance for a period of 10 days pending her compliance with L.R. 7.1(j).  As of the date of this Order, Westerman has not yet certified to the Court that she has complied with the rule.  Accordingly,

**IT IS RECOMMENDED** that Defendant Westerman's Motion to Dismiss be **DENIED without prejudice**.

**NOW, THEREFORE, IT IS ORDERED** that the Clerk shall serve a copy of the Findings and Recommendation of the United States Magistrate Judge upon the parties.  The parties are advised that pursuant to 28 U.S.C. § 636, any objections to these findings

ORDER/ Page 1

must be filed with the Clerk of Court and copies served on opposing counsel within ten (10) days after receipt hereof, or objection is waived.

DATED this 1st day of May, 2006.

>  /s/ Leif B. Erickson
> Leif B. Erickson
> United States Magistrate Judge

ORDER/ Page 2